THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRETT D. WHITNEY, Appellant. [998 NYS2d 129]—Appeal from a judgment of the Oswego County Court (Walter W. Hafner, Jr., J.), rendered September 5, 2013. The judgment revoked defendant's sentence of probation and imposed a sentence of imprisonment.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Scudder, P.J., Smith, Carni, Lindley and Sconiers, JJ.